UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER CHARLES MELTON, JR.,        **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of a Firearm)**

On or about May 21, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

CHRISTOPHER CHARLES MELTON, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a 9mm Ruger model LC9S pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
### (Possession with Intent to Distribute Cocaine)

On or about May 21, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

CHRISTOPHER CHARLES MELTON, JR.

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
OLIVIA KAY GHISELLI
Assistant United States Attorney